```
McGREGOR W. SCOTT
United States Attorney
SHERRILL A. CARVALHO
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:05-MJ-00355 SMS |
| ) | |
| Plaintiff, ) | REQUEST BY THE UNITED STATES |
| ) | FOR DISMISSAL OF COMPLAINT; |
| v. ) | WARRANT RECALLED; ORDER |
| ) | |
| THOMAS DOUGLASS JR., ) | |
| aka EARL HUNTER, ) | |
| ) | |
| Defendant. ) | |

Comes now the United States, by and through its attorney of record, McGregor W. Scott, United States Attorney, and Sherrill A. Carvalho, Assistant United States Attorney, and request leave of the court to dismiss, without prejudice, the complaint as to Thomas Douglass Jr., aka Earl Hunter, in the interest of justice. Warrant issued on December 14, 2005 be Recalled.

DATED: March 30, 2006                       Respectfully submitted,

                                            McGREGOR W. SCOTT
                                            United States Attorney

                                        By  /s/  Sherrill A. Carvalho
                                            SHERRILL A. CARVALHO
                                            Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: 4/5/2006                             /s/ Sandra M. Snyder
icido3                                      SANDRA M. SNYDER
                                            United States District Judge

1